```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 06495
   JOE BOLLS
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-0015


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/19/2008 and was not confirmed.

     The case was dismissed without confirmation 06/11/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
DISCOVER FINANCIAL SERVI   UNSECURED          4521.84          .00            .00
BAYVIEW LOAN SERVICING     NOTICE ONLY      NOT FILED          .00            .00
BAYVIEW LOAN SERVICING L   CURRENT MORTG         .00           .00            .00
BAYVIEW LOAN SERVICING L   MORTGAGE ARRE    20000.00           .00            .00
CITY OF CHICAGO WATER DE   SECURED            443.00           .00            .00
LITTON LOAN SERVICING      CURRENT MORTG         .00           .00            .00
LITTON LOAN SERVICING      SECURED NOT I     198.55           .00            .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00            .00
GE MONEY BANK/WALMART      UNSECURED         1691.04          .00            .00
HOME COMING FUNDING NE     UNSECURED        NOT FILED          .00            .00
JOHN FERGUSON              NOTICE ONLY      NOT FILED          .00            .00
MR SANT0S                  NOTICE ONLY      NOT FILED          .00            .00
SHERRYL EVANS              NOTICE ONLY      NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   PRIORITY         15439.28           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         8486.86          .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED         1141.58          .00            .00
LITTON LOAN SERVICING      NOTICE ONLY      NOT FILED          .00            .00
PHILIP A IGOE              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                       --------------        --------------
TOTALS                    .00                      .00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 06495 JOE BOLLS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 06495 JOE BOLLS